### 9304.  RUTLEDGE *v.* THE STATE.

BROYLES, P. J.  Under the facts of the case, as disclosed by the record, the court did not err in overruling and dismissing the certiorari.

> *Judgment affirmed.  Bloodworth and Harwell, JJ., concur.*
> DECIDED DECEMBER 19, 1917.

Certiorari; from Fulton superior court—Judge Bell.  October 2, 1917.

*Paul L. Lindsay,* for plaintiff in error.

*John A. Boykin, solicitor-general, Lowry Arnold, solicitor, E. A. Stephens,* contra.

---

### 9315.  DYER *v.* THE STATE.

BROYLES, P. J.  The verdict was not authorized by the evidence, and the court erred in overruling the motion for a new trial.

> *Judgment reversed.  Bloodworth and Harwell, JJ., concur.*
> DECIDED DECEMBER 19, 1917.

Indictment for larceny; from Hall superior court—Judge J. B. Jones.  October 13, 1917.

*B. P. Gaillard Jr.,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.